IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. |
| | ) | |
| | ) | |
| JEAN A. BURCH, as Administratrix | ) | **05   1 0 865 RGS** |
| of the Estate of Angelo | ) | |
| Caramanica and Individually, | ) | |
| BARBARA A. CARAMANICA, | ) | |
| RONALD F. CARAMANICA, | ) | |
| SCOTT A. CARAMANICA, | ) | |
| SHERI L. CARAMANICA, | ) | JURY DEMANDED AS TO COUNT I |
| TRACY L. CARAMANICA, | ) | |
| BENJAMIN HAWES, and | ) | |
| JOAN M. BRIER, | ) | |
| | ) | |
| Defendants. | ) | |

COMPLAINT          MAGISTRATE JUDGE_____ RBC

The plaintiff, the United States of America, by its
undersigned counsel, at the request of a delegate of the
Secretary of the Treasury and as directed by a delegate of the
Attorney General, pursuant to 26 U.S.C. §§ 7401 and 7403, brings
this complaint to reduce unpaid federal income tax assessments
against Angelo Caramanica ("the TAXPAYER") to judgment, and to
foreclose the federal tax liens associated with those assessments
against two parcels of real property.  For these purposes, the
United States complains and alleges as follows:

- 2 -

## JURISDICTION

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402 and 7403.

## PARTIES

2. Jean A. Burch resides at 8442 Hamster Drive, Zephyrhills, Florida, and is the Administratrix of the Estate of Angelo Caramanica, Docket No. 90-P-1543-A1, Plymouth County Probate & Family Court.

3.   Barbara A. Caramanica, resides at 196 Rhode Island Rhode, Lakeville, Massachusetts within the jurisdiction of this Court.

4. Ronald F. Caramanica, resides at 21 Central Avenue, Lakeville, Massachusetts within the jurisdiction of this Court.

5.   Upon information and belief, Sheri L. Caramanica resides at 16 Elm Street, Middleboro, Massachusetts, within the jurisdiction of this Court.

6.  Upon information and belief, Scott A. Caramanica resides at 196 Rhode Island Road, Lakeville, Massachusetts within the jurisdiction of this Court.

7. Upon information and belief, Tracy L. Caramanica resides at 624 Cottage Street, Apt. 2, New Bedford, Massachusetts within the jurisdiction of this Court.

8. Benjamin Hawes resides at 194 Rhode Island Road, Lakeville, Massachusetts within the jurisdiction of this Court.

9. Joan M. Brier resides at 252 School Street, Apt. 2, Whitman, Massachusetts, within the jurisdiction of this Court.

## COUNT I
## UNPAID TAXES

10. The United States re-alleges paragraphs 1-9 as though fully set forth herein.

- 4 -

11.   A delegate of the Secretary of the Treasury made
assessments against the TAXPAYER for his federal income tax
liabilities, on the dates, in the amounts, and for the tax years
as follows:

| Tax Year | Assessment Date | Amount Due as of April 30, 2005 |
|------|------------|--------------|
| 1984 | 10/19/1987 | 13,586.32 |
| 1985 | 12/1/1986 | 17,086.73 |
| 1986 | 6/22/1992 | 31,133.92 |
| 1987 | 6/22/1992 | 21,535.67 |
| 1988 | 6/22/1992 | 73,676.00 |
| 1989 | 6/22/1992 | 60,753.04 |
| 1990 | 6/22/1992 | 39,618.48 |
| | TOTAL | $257,420.16 |

12.   Pursuant to the assessments described above, a delegate
of the Secretary of the Treasury issued notices of the
assessments to, and made demand for payment of the assessments
upon, the TAXPAYER.

13.   Despite notice and demand, the TAXPAYER has refused or
neglected to pay fully the assessed liability.

14.   There remains due and owing to the United States from
the TAXPAYER, the sum of $257,420.16, plus statutory interest and
additions from April 30, 2005.

- 5 -

## COUNT II
## FORECLOSURE OF 196 RHODE ISLAND ROAD

15. The United States re-alleges paragraphs 1 - 14 as though fully set forth herein.

16. On or about March 17, 1969, the TAXPAYER and Barbara Caramanica acquired the real estate located at 196 Rhode Island Road, Lakeville, Massachusetts.

17. The property at 196 Rhode Island Road, Lakeville, Massaachusetts is described more fully as follows:

   the land in Lakeville, Plymouth County, Massachusetts, with the buildings thereon, on the southerly side of Rhode Island Road , bounded and described as follows:

   Beginning at the southwest corner of the parcel to be described said corner is in the southerly side of said road and S82'-13'-40"W 78.29 feet from a County Bound ; thence by other land of the grantors the following three courses; S19°-21'-15"E 182.41 feetto a corner: thence N 59°-14'-55" E 243.23 feet to a corner; thence N 21°-01'- 45" W 179.92 feet to a corner in the South line of said road; thence along a circular curve of a radius of 2313.96 feet 134.71 feet to a County Bound , said bound being the Point of Curvature of said curve; thence S 82°-13'- 40" W 78.29 feet to the point of beginning.

18. On or about July 28, 1982, BARBARA filed a Complaint for Divorce against the TAXPAYER in Caramanica v. Caramanica, Docket No. D82-1025, (Plymouth County Probate and Family Court).

- 6 -

19.   On or about June 4, 1985, the Plymouth County Probate and Family Court awarded Barbara Caramanica "the right to reside in and to remain in the marital home at [196] Rhode Island Road, Lakeville, Massachusetts, until such time as she permanently moves to another residence or remarries ... at which time the marital home shall be sold and the net proceeds will be divided equally between [Barbara Caramanica and TAXPAYER]."

20.   TAXPAYER died on September 24, 1990.

21.   An Estate was opened in the Plymouth County Probate and Family Court for Angelo Caramanica, Docket Number 90-P-1543-A1.

22.   Jean A. Burch was appointed as Administratrix of the Estate of Angelo Caramanica.

23.   Ronald F. Caramanica, Sheri L. Caramanica, Scott A. Caramanica and Tracy L. Caramanica are heirs of the TAXPAYER.

24.   The following individuals may claim an interest in the property at 196 Rhode Island Road, Lakeville, Massachusetts: (1) Barbara Caramanica, (2) Ronald F. Caramanica, (3) Sheri L. Caramanica, (4) Scott A. Caramanica and (5) Tracy L. Caramanica.

- 7 -

25.   The federal tax liens of the United States that arose
with the assessments against Angelo Caramanica have attached to
his interest in the Subject Property at 196 Rhode Island Road,
Lakeville, Massachusetts and that lien should be foreclosed, and
that real property should be sold by an officer of this Court,
free and clear of any right, title, claim, or interest of any of
the parties to this action, with an appropriate portion of the
proceeds to be distributed to the United States for application
to the unpaid federal income tax liabilities of Angelo
Caramanica.

## COUNT III
### FORECLOSURE OF 194 RHODE ISLAND ROAD

26.   The United States re-alleges paragraphs 1 - 25 as
though fully set forth herein.

27. On or about February 27, 1989, Benjamin Hawes granted
the TAXPAYER, Jean A. Burch, and Joan M. Brier an interest in the
real estate at 194 Rhode Island Road, Lakeville, Massachusetts.

28.   Benjamin Hawes retained a life estate in the property
at 194 Rhode Island Road, Lakeville, Massachusetts.

29. The premises at 194 Rhode Island Road, Lakeville, Massachusetts is more fully described as:

> A certain lot of land containing 3.499 acres, situated on the Southeasterly side of Rhode Island Road in Lakeville, Plymouth County, Massachusetts, together with the buildings thereon, shown as Lot "A" on a plan to be recorded herewith entitled "Plan of Land, Rhode Island Road, Lakeville, Massachusetts, dated May 16, 1988, Donald P. MacNeill, Registered Land Surveyor, of E. J. Flynn Engineers, Inc., of Midleboro, MA."

30. The following individuals may claim an interest in the real property at 194 Rhode Island Road: (1) Jean A. Burch, (2) Joan M. Brier, (3) Benjamin Hawes, (4) Ronald F. Caramanica, (5) Sheri L. Caramanica, (6) Scott A. Caramanica and (7) Tracy L. Caramanica.

31. The federal tax liens of the United States that arose with the assessments against Angelo Caramanica have attached to his interest in the property at 194 Rhode Island Road, Lakeville, Massachusetts and that lien should be foreclosed, and that real property should be sold by an officer of this Court, free and clear of any right, title, claim, or interest of any of the parties to this action, with an appropriate portion of the proceeds to be distributed to the United States for application to the unpaid federal income tax liabilities of Angelo Caramanica.

- 9 -

WHEREFORE, the plaintiff, the United States of America, requests the following relief:

a) That this Court enter judgment with respect to the unpaid balance of assessment described in paragraph 11, above, in favor of the United States and against Jean Burch as the Administratrix of the Estate of Angelo Caramanica, in the amount of $257,420.16, plus interest and other statutory additions accruing from and after April 30, 2005;

b) That this Court determine that the United States has valid and subsisting liens arising as a result of the assessments described in paragraph 11 above, which liens have attached to all property and rights to property of Angelo Caramanica, including the real property described in paragraphs 17 and 29 above;

b) That this Court order the foreclosure of the United States' federal tax liens against the real property described in paragraphs 17 and 29 above;

c) That this Court order the sale of the real property described in paragraphs 17 and 29, by an officer of this Court, free and clear of any right, title, claim or interest of any of the parties to this action, with an appropriate portion of the proceeds of those sales to be distributed to the United States for application to the unpaid federal income tax liabilities of Angelo Caramanica; and

d) That this Court award the United States such other and further relief as this Court deems just and proper, including judgment pursuant to 28 U.S.C. § 1920 for the amount of its costs incurred in this action.

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant U.S. Attorney

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)   United States of America v. Jean Burch, as Administratrix of the Estate of

Angelo Caramanica

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local
   rule 40.1(a)(1)).

   ___   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___   II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   ___   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

   _X_   IV.   220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

   ___   V.    150, 152, 153.

05  10865 RGS

3. Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this
   district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                          YES ☐     NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28
   USC §2403)
                                                          YES ☐     NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                          YES ☐     NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                          YES ☐     NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
   Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                          YES ☒     NO ☐

   A.  If yes, in which division do all of the non-governmental parties reside?

       Eastern Division ☒          Central Division ☐          Western Division ☐

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
       agencies, residing in Massachusetts reside?

       Eastern Division ☐          Central Division ☐          Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes,
   submit a separate sheet identifying the motions)

                                                          YES ☐     NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME     Stephen J. Turanchik

ADDRESS    U.S. Department of Justice, Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044

TELEPHONE NO.     (202) 307-6565

(Category Form.wpd - 2/15/05)

JS 44 (N.D. Ohio)

1

# Civil Cover Sheet

The JS-44 Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Please refer to the instructions on page 2.

**I.  (a) PLAINTIFFS**

United States of America

**DEFENDANTS**

Jean Burch, as Administratrix of the Estate of Angelo Caramanica and Individually, Barbara Caramanica, Ronald F. Caramanica, Scott A. Caramanica, Sheri L. Caramanica,

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **Plymouth**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c)** ATTORNEY'S NAME (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Stephen J. Turanchik, U.S. Dept. of Justice, Tax Division
P.O. Box 55, Ben Franklin Stat., Washington, DC 20044
(202) 307-6565

ATTORNEYS (IF KNOWN)

05  10865  RGS

**II. BASIS OF JURISDICTION** (PLACE A **check** IN ONE BOX ONLY)

- [✓] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Gov't Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
(PLACE A CHECK IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in this State | 4 | 4 |
| Citizen of another State | 2 | 2 | Incorporated and Principal Place of Business in another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. ORIGIN** (PLACE A CHECK IN ONE BOX ONLY)

- [✓] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT**      Please click on the appropriate nature of suit

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC § 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury— | 620 Other Food & Drug | 423 Withdrawal 28 USC § 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | Med. Malpractice | 625 Drug Related Seizure of Property 21 USC § 881 | | 430 Banks & Banking |
| 140 Negotiable Instrument | 320 Assault, Libel, Slander | 365 Personal Injury— Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce/ICC Rates, etc. |
| 150 Overpayment Recovery & Enforcement of Judgment | 330 Federal Employer's Liability | 368 Asbestos Personal Injury Product Liability | 640 Railroad & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | | 650 Airline Regulations | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations (Civil RICO) |
| 152 Recovery of Defaulted Student Loans (Excluding Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| | 350 Motor Vehicle | 370 Other Fraud | 690 Other | | 850 Securities/Commodities/Exchange |
| 153 Recovery of Overpayment of Vet's Benefits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | | | 875 Customer Challenge 12 USC § 3410 |
| 160 Stockholders' Suits | 360 Other Pers. Injury | 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | 891 Agricultural Acts |
| 190 Other Contract | | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 892 Economic Stabilization Act |
| 195 Contract Prod. Liability | | | 720 Labor/Management Relations | 862 Black Lung (923) | 893 Environmental Matters |
| | | | 730 Labor/Management Reporting and Disclosure Act | 863 DIWC/DIWW (405(g)) | 894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 740 Railway Labor Act | 864 SSID Title XVI | 895 Freedom of Information Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus: | 790 Other Labor Litigation | 865 RSI (405(g)) | 900 Appeal of Fee Determination Under Equal Access to Justice Act |
| 220 Foreclosure | 442 Employment | 530 General | 791 Employee Retirement Income Security Act (ERISA) | FEDERAL TAX SUITS | 950 Constitutionality of State Statute |
| 230 Rent Lease & Ejectm't | 443 Housing/ Accommodations | 535 Death Penalty | | ● 870 Taxes (U.S. Plaintiff or Def.) | 890 Other Statutory Actions |
| 240 Torts to Land | 444 Welfare | 540 Mandamus & Other | | 871 IRS—Third Party 26 USC § 7609 | |
| 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | | |
| 290 All Other Real Prop. | | 555 Prison Conditions | | | |

**VI. CAUSE OF ACTION**   (Cite the U.S. civil statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statute unless this is a diversity action)   26 U.S.C. 7401, 7403 – Reduce Tax Assessments to Judgment & Foreclose on Tax Liens

**VII. REQUESTED IN COMPLAINT:**   [ ] Check if this is a Fed. R. Civ. P. 23 Class Action   DEMAND: $ _____   CHECK YES ONLY IF DEMANDED IN COMPLAINT: JURY DEMAND: [✓] YES  [ ] NO

**VIII. RELATED CASE(S) IF ANY** (SEE INSTRUCTIONS)   JUDGE _____   DOCKET NUMBER _____

Date  4/22/2005

Signature of Attorney of Record

FOR CLERK'S OFFICE USE ONLY

RECEIPT NO. _____     AMOUNT $ _____     JUDGE _____     MAGISTRATE JUDGE _____