UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>JEAN A BURCH, as Administratrix of the Estate of Angelo Caramanica and Individually,<br>BARBARA A. CARAMANICA,<br>RONALD F. CARAMANICA,<br>SCOTT A. CARAMANICA,<br>SHERI L. CARAMANICA,<br>TRACY L. CARAMANICA,<br>BENJAMIN HAWES,<br>and JOAN M BRIER,<br>　　　　Defendants. | CIVIL ACTION<br>NO. 05-10865-RGS |

## NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the plaintiff, the United States of America. Attorney Stephen J. Turanchik will remain as lead counsel for said plaintiff in the above-captioned matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　By:　/s/ Barbara Healy Smith
　　　　　　　　　　　　　　BARBARA HEALY SMITH
　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　John Joseph Moakley U.S. Courthouse
　　　　　　　　　　　　　　1 Courthouse Way - Suite 9200
Dated: 5/04/05　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　(617) 748-3282