IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
|                                        ) | |
|            Plaintiff,                  ) | |
|                                        ) | |
|       v.                               ) | Civil No. 05-10865 RGS |
|                                        ) | |
|                                        ) | |
| JEAN A. BURCH, as Administratrix       ) | |
| of the Estate of Angelo                ) | |
| Caramanica and Individually,           ) | |
| BARBARA A. CARAMANICA,                 ) | |
| RONALD F. CARAMANICA,                  ) | |
| SCOTT A. CARAMANICA,                   ) | |
| SHERI L. CARAMANICA,                   ) | |
| TRACY L. CARAMANICA,                   ) | |
| BENJAMIN HAWES, and                    ) | |
| JOAN M. BRIER,                         ) | |
|                                        ) | |
|            Defendants.                 ) | |

**STIPULATION AND ORDER ENLARGING TIME OF
ALL DEFENDANTS TO RESPOND TO COMPLAINT**

The plaintiff, the United States of America, and the defendants, Jean A. Burch, Barbara A. Caramanica, Ronald F. Caramanica, Scott A. Caramanica, Sheri L. Caramanica, Tracy L. Caramanica, Benjamin Hawes, and Joan M. Brier, each having been served with the summons and complaint in the above-titled action between June 11 and June 14, 2005, by their respective undersigned counsel, stipulate, subject to the approval of the Court, to the enlargement of time for each defendant to serve a response to the complaint until, and

- 2 -

including, Thursday, August 4, 2005.

| | |
|---|---|
| *for the Plaintiff,*<br>United States of America | *for the Defendants,*<br>Jean A. Burch, as<br>Administratrix of the Estate<br>of Angelo Caramanica and<br>individually,<br>Barbara A. Caramanica,<br>Ronald F. Caramanica,<br>Scott A. Caramanica,<br>Sheri L. Caramanica,<br>Tracy L. Caramanica,<br>Benjamin Hawes, and<br>Joan M. Brier |
| MICHAEL J. SULLIVAN<br>United States Attorney | |
| BARBARA HEALY SMITH<br>Assistant U.S. Attorney | |
| /s/ Gerald C. Miller<br>STEPHEN J. TURANCHIK<br>GERALD C. MILLER<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55, Ben Franklin Sta.<br>Washington, D.C. 20044-0055 | /s/ James Lombardi<br>JAMES LOMBARDI<br>481 Atwood Avenue<br>Cranston, Rhode Island 02920 |
| Telephone: (202) 307-6565<br>e-mail:<br>  Stephen.J.Turanchik@USDOJ.gov | Telephone: (401) 301-8299<br>e-mail: JJLom1@Cox.net |

**ORDER**

Pursuant to the above agreement of the parties, it is

HEREBY ORDERED that the defendants shall have to and including Thursday, August 4, 2005, to serve their responses to the complaint.

DONE and ORDERED at Boston, Massachusetts, this _____ day of _____, 2005.

RICHARD G. STEARNS
United States District Judge

662765.2