IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                  Civil No. 05-10865 RGS

JEAN A. BURCH, as Administratrix )
of the Estate of Angelo          )
Caramanica and Individually,     )
BARBARA A. CARAMANICA,           )
RONALD F. CARAMANICA,            )
SCOTT A. CARAMANICA,             )
SHERI L. CARAMANICA,             )
TRACY L. CARAMANICA,             )
BENJAMIN HAWES, and              )
JOAN M. BRIER,                   )
                                 )
                                 )
       Defendants.              )

**NOTICE TO COURT**

After numerous conversations and meetings with the defendant, Jean A Burch and additional conversations with other defendants with Attorney James J. Lombardi III, they decided not to retain this counsel to represent them on this matter. An answer from this office will not be forthcoming to the complaint.

*for the Defendants,*
Jean A. Burch, as
Administratrix of the Estate
of Angelo Caramanica and
individually

_____
JAMES J. LOMBARDI III
481 Atwood Avenue
Cranston, Rhode Island 02920
Telephone: (401) 274-8299
e-mail: JJLom1@Cox.net

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  Civil No. 05-10865 RGS

JEAN A. BURCH, as Administratrix )
of the Estate of Angelo )
Caramanica and Individually, )
BARBARA A. CARAMANICA, )
RONALD F. CARAMANICA, )
SCOTT A. CARAMANICA, )
SHERI L. CARAMANICA, )
TRACY L. CARAMANICA, )
BENJAMIN HAWES, and )
JOAN M. BRIER, )
                            )
                            )
    Defendants.        )

**CERTIFICATION**

I Certify that I both mailed and emailed a copy first class mail to a true copy of this notice to:

STEPHEN J. TURANCHIK
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Sta.
Washington, D.C. 20044-0055

e-mail:
Stephen.J.Turanchik@USDOJ.gov

_____
JAMES J. LOMBARDI III
MA BAR 630155
481 Atwood Avenue
Cranston, Rhode Island 02920
Telephone: (401) 274-8299
e-mail: JJLom1@Cox.net