AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

UNITED STATES OF AMERICA

V.

JEAN A. BURCH, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 05  1 0 865 RGS

TO: (Name and address of Defendant)

Jean A. Burch, as Administratrix of the Estate of Angelo Caramanica
        and Individually
8442 Hamster Drive
Zephyrhills, Florida

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Turanchik
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR 2 8 2005

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE    06/13/05 |
| NAME OF SERVER *(PRINT)*   RAY ZACEK | TITLE   BANKRUPTCY SPECIALIST |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:
     8442 Hamster Drive       @ apprx 1:04 pm
     Zephyrhills FL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL   $0.00 |
|---|---|---|

## DECLARATION OF SERVER

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    06/13/05
           *Date*            *Signature of Server*

           3848 W. Columbus DR  Tampa FL 33607
           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.