AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

UNITED STATES OF AMERICA

V.

JEAN A. BURCH, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 05 10865 RGS

TO: (Name and address of Defendant)

    Scott A. Caramanica
    196 Rhode Island Road
    Lakeville, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Stephen J. Turanchik
    U.S. Department of Justice
    P.O. Box 55, Ben Franklin Station
    Washington, DC 20044

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                      APR 2 8 2005

CLERK                                              DATE

(By) DEPUTY CLERK

80787

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 11, 2005  10:00 a.m. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Stephen B. Minkofsky | Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and~~ ~~discretion then residing therein.~~

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 11, 2005
              Date

Signature of Server

Stephen B. Minkofsky
1895 Centre Street, Suite 202
Boston, MA 02132

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.