AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Massachusetts_____

UNITED STATES OF AMERICA

V.

JEAN A. BURCH, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 10865 RGS**

TO: (Name and address of Defendant)

Tracy L. Caramanica
624 Cottage Street, Apt. 2
New Bedford, Massachusetts

*4 Beach Bluff Rd*
*East. Freetown, MA*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Turanchik
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

APR 28 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | June 14, 2005    12:10 p.m. |
| NAME OF SERVER *(PRINT)* Dennis Mahoney | TITLE | Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
    4 Beech Bluff Road, East Freetown, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 14, 2005
              Date

*Signature of Server*   Dennis Mahoney
                                1895 Centre Street, Suite 202
                                Boston, MA 02132

                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.