UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )   Civil No. 05-10865-RGS<br>                              )<br>                              )<br>JEAN A. BURCH, Individually and )<br>as Administratrix of the Estate )<br>of Angelo Caramanica,         )<br>BARBARA A. CARAMANICA,        )<br>RONALD F. CARAMANICA,         )<br>SCOTT A. CARAMANICA,          )<br>SHERI L. CARAMANICA,          )<br>TRACY L. CARAMANICA,          )<br>BENJAMIN HAWES, and           )<br>JOAN M. BRIER,                )<br>                              )<br>          Defendants.         )| |

UNITED STATES' REQUEST FOR ENTRY OF DEFAULT
AGAINST JEAN A. BURCH

The United States of America, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure requests that the Clerk enter default against Jean A. Burch, Individually and as Administratrix of the Estate of Angelo Caramanica.  On July 29, 2005, the Court granted all of the defendants until August 2, 2005 to answer the Complaint.  On August 30, 2005, the United States filed Proof of Service of the summons and complaint on Jean A. Burch.

To date, Jean A. Burch has not answered or responded. Therefore, the United States requests that defaults be entered against her.

    MICHAEL J. SULLIVAN
    United States Attorney


    /s/ Stephen J. Turanchik
    _____
    STEPHEN J. TURANCHIK
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6565
    stephen.j.turanchik@usdoj.gov

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing United States' Request for Entry of Default against Jean A. Burch has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 14th day of September, 2005:

| | |
|---|---|
| Tracy L. Caramanica<br>4 Beech Bluff Road<br>East Freetown, MA 02717 | Barbara Caramanica<br>196 Rhode Island Road<br>Lakeville, MA 02347 |
| Jean A. Burch<br>8442 Hamster Drive<br>Zephyrhills, FL 33540 | Ronald Caramanica<br>21 Central Avenue<br>Lakeville, MA 02347 |
| Sheri Caramanica<br>1725 Winthrop Road<br>North Dighton, MA | Scott Caramanica<br>196 Rhode Island Road<br>Lakeville, MA 02347 |
| Benjamin Hawes<br>194 Rhode Island Road<br>Lakeville, MA  02347 | Joan M. Brier<br>252 School Street, Apt. 2<br>Whitman, MA 02382 |

MICHAEL J. SULLIVAN
United States Attorney

/s/ Stephen J. Turanchik

_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Sta.
Washington, D.C. 20044-0055
Telephone:  (202) 307-6565