IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plantiff, ) | |
| ) | |
| V. ) | Civil No. |
| ) | 05  10865 RGS |
| JEAN A. BURCH, as Administratrix ) | |
| of the Estate of Angelo ) | |
| Caramanica and Individually, ) | |
| BARBARA A. CARAMANICA, ) | |
| RONALD F. CARAMANICA, ) | |
| SCOTT A. CARAMANICA, ) | |
| SHERI L. CARAMANICA, ) | JURY DEMANDED AS TO COUNT I |
| TRACY L. CARAMANICA, ) | |
| BENJAMIN HAWES, and ) | |
| JOAN M. BRIER, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

The statute of limitations on collection of the tax expired on June 21, 2002. Therefore plaintiff can no longer pursue collections of the amount owed.

_____
Scott A. Caramanica

_____
Sheri L. Caramanica
AKA  Sheri L. Contildes

_____
Tracy L. Caramanica