IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plantiff, ) | |
| ) | |
| V. ) | Civil No. |
| ) | 05  10865 RGS |
| JEAN A. BURCH, as Administratrix ) | |
| of the Estate of Angelo ) | |
| Caramanica and Individually, ) | |
| BARBARA A. CARAMANICA, ) | |
| RONALD F. CARAMANICA, ) | |
| SCOTT A. CARAMANICA, ) | |
| SHERI L. CARAMANICA, ) | JURY DEMANDED AS TO COUNT I |
| TRACY L. CARAMANICA, ) | |
| BENJAMIN HAWES, and ) | |
| JOAN M. BRIER, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

Mother and Father married on April 25, 1965 in Dighton, MA.

On March 17, 1969 Mother and Father took title to property at 196 Rhode Island Road, Lakeville, MA, 02347.

On July 2, 1985 Mother and Father were divorced by Plymouth Probate Court. Under that decree, Mother received possession of 196 Rhode Island Road, Lakeville, MA, 02347 until said time as she moved or remarried, the home would be sold and proceeds divided equally between the parties.

Mother currently resides at 196 Rhode Island Road, Lakeville, MA, 02347.

The statute of limitations on collection of the tax expired on June 21, 2002. Therefore plaintiff can no longer pursue collections of the amount owed.

Alternatively, if the statute of limitations has not expired because assets were under the control of another court, Plymouth Probate Court, the assets would still be under the control of the Plymouth Probate Court which would preceed foreclosure and sale at this time.

/s/ Barbara A. Caramanica
Barbara A. Caramanica