October 26 2005

United States District Court
For the District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| Plaintiff, | ) |
| v. | )    )    Civil No. 05-10865-RGS |
| Jean A. Burch | ) |

Motion to lift Default Judgment

Am making a motion to lift default judgment on Jean A. Burch because I wish to participate in this case.
But will have to wait until either Benjamin Hawes of 194 Rhode Island Road Lakeville,Mass. 02347 or Barbara A. Caramanica of 196 Rhode Island Road Lakeville,Mass. 02347 moves or dies. They have life estate in the property,s.
This is being sent to:  Trial Attorney:  Stephen J. Turanchik
P.O Box 55
Ben Franklin Station
Washington, D. C.   20044

And to;

Tony Anastas
U. S District Court
One Courthouse Way
Suite 2300
Boston,Mass.         02210


Thanking you I remain Jean A. Burch


*Jean A. Burch* (signature)