UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-10865-RGS |
| | ) |
| | ) |
| JEAN A. BURCH, Individually and | ) |
| as Administratrix of the Estate | ) |
| of Angelo Caramanica, | ) |
| BARBARA A. CARAMANICA, | ) |
| RONALD F. CARAMANICA, | ) |
| SCOTT A. CARAMANICA, | ) |
| SHERI L. CARAMANICA, | ) |
| TRACY L. CARAMANICA, | ) |
| BENJAMIN HAWES, and | ) |
| JOAN M. BRIER, | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR DEFAULT JUDGMENT

The United States, through undersigned counsel, moves this Court to issue Default Judgment in the instant action against Jean A. Burch, in her capacity and as Administratrix of the Estate of Angelo Caramanica. In particular, in Count I of the Complaint the United States seeks a money judgment for the unpaid taxes of Angelo Caramanica. Angelo Caramanica's representative is his Administratrix, Jean A. Burch. See Exhibit A, Plymouth County Probate Court Order, dated April 10, 1991. Jean A. Burch was defaulted on October 4, 2005. See Exhibit B, Notice of Default.

Angelo Caramanica is indebted to the United States for unpaid taxes in the amount of $265,423.88 plus statutory interest as of October 31, 2005. See Exhibit C, Declaration of Debt of Internal Revenue Service Advisor, John A. Carpenter. Jean A. Burch is neither an infant, an

1384040.1

incompetent person, nor in the military service within the purview of the Soldiers and Sailor Civil Relief Act of 1940, as amended. See Exhibit D, Declaration of Stephen J. Turanchik.

A proposed judgment is attached.

> MICHAEL J. SULLIVAN
> United States Attorney
>
> /s/ Stephen J. Turanchik
>
> STEPHEN J. TURANCHIK
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 55
> Ben Franklin Station
> Washington, D.C. 20044
> Telephone: (202) 307-6565

- 3 -

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Default Judgment has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 18th day of October, 2005:

Jean Burch
8442 Hamster Drive
Zephyrhills, FL 33540

Tracy L. Caramanica
4 Beech Bluff Road
East Freetown, MA 02717

Barbara Caramanica
196 Rhode Island Road
Lakeville, MA 02347

Ronald Caramanica
21 Central Avenue
Lakeville, MA 02347

Sheri Caramanica
1725 Winthrop Road
North Dighton, MA

Scott Caramanica
196 Rhode Island Road
Lakeville, MA 02347

Benjamin Hawes
194 Rhode Island Road
Lakeville, MA 02347

Joan M. Brier
252 School Street, Apt. 2
Whitman, MA 02382

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

1384040.1

## COMMONWEALTH OF MASSACHUSETTS

Plymouth, ss.    TO THE PROBATE COURT:    DOCKET NO. 90P1543-A1

ADMINISTRATION - WITH - WITHOUT - SURETIES

Name of Decedent __Angelo F. Caramanica__

Domicile at Death __196 Rhode Island Road__, __Lakeville__, __Plymouth__
  (street and no.)           (city or town)           (county)

Date of Death __September 24, 1990__

Name and address of Petitioner(s) __Jean Burch, 189 Rhode Island Road, Lakeville, MA 02347__

Status __Sister of deceased__

Heirs at law or next of kin of deceased:

| Name | Residence (minors and incompetents must be so designated) | Relationship |
|---|---|---|
| ___ld F. Caramanica | Taunton | Son |
| ___ A. Caramanica | Lakeville | Son |
| ___ L. Caramanica | " | Daughter |
| ___ L. Caramanica | " | Daughter |

Petitioner(s) prays that __she__ — ~~or some other suitable person~~ — ~~of~~ ~~in the County of~~ be appointed administra__trix__ of said estate with - without surety on __her__ bond and certifies under the penalties of perjury that the foregoing statements are true to the best of __her__ knowledge and belief.

Dated __October 26, 1990__    Signature(s) __Jean Burch__

The undersigned hereby assent to the foregoing petition.

(see separate assents)

**GOVERNMENT'S EXHIBIT A**

### DECREE

All persons interested having been notified in accordance with the law or having assented and no objections being made thereto, it is decreed that __Jean Burch__ of __Lakeville__, in the County of __Plymouth__ be appointed administra__trix__ of said estate first giving bond without sureties for the due performance of said trust.

Date __April 10, 1991__    __Jack R. Fanton__
                          Judge of Probate Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__USA__
Plaintiff

v.

__Jean A. Burch__
Defendant

_Individually and as Administratrix of the Estate of Angelo Caramanica_

CIVIL ACTION NO. __05-10865 RGS__

### NOTICE OF DEFAULT

Upon application of the Plaintiff, __USA__ for an order of Default for failure of the Defendant, __Jean A. Burch__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __4th__ day of __October__ 2005.

SARAH A. THORNTON
CLERK OF COURT

By: __Elaine A. Flaherty__
Deputy Clerk

Notice mailed to:

(Default Notice.wpd - 3/7/2005)

GOVERNMENT'S EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEAN A. BURCH, Individually and )<br>as Administratrix of the Estate of )<br>Angelo Caramanica, )<br>BARBARA A. CARAMANICA, )<br>RONALD F. CARAMANICA, )<br>SCOTT A. CARAMANICA, )<br>SHERRI L. CARAMANICA, )<br>TRACY L. CARAMANICA, )<br>BENJAMIN HAWES, and )<br>JOAN M. BRIER, )<br>)<br>Defendants. ) | Civil No. 05-10865-RGS |

DECLARATION OF DEBT

I, John A. Carpenter, pursuant to 28 U.S.C. § 1746, declare as follows:

1. That I am employed by the Internal Revenue Service as an Advisor in the Collection Technical Services Group in Hartford, CT and have knowledge of the outstanding tax liabilities of Angelo F. Caramanica and am authorized to make this declaration.

2. That the debtor, Angelo F. Caramanica is liable for unpaid Federal Income Tax for the tax years 1984, 1985, 1986, 1987, 1988, 1989 and 1990 as displayed below:


GOVERNMENT'S EXHIBIT C

| Tax | Year | Date Assessed | Balance Due 10/31/2005 |
|---|---|---|---|
| 1040 | 1984 | 10/19/1987 | 13,993.77 |
| 1040 | 1985 | 12/01/1986 | 17,606.47 |
| 1040 | 1986 | 06/22/1992 | 32,117.18 |
| 1040 | 1987 | 06/22/1992 | 22,215.80 |
| 1040 | 1988 | 06/22/1992 | 76,002.81 |
| 1040 | 1989 | 06/22/1992 | 62,671.73 |
| 1040 | 1990 | 06/22/1992 | 40,816.12 |

3.  That the total sum of the outstanding tax liability is $265,423.88 as of October 31, 2005.

4.  That additional interest will accrue after October 31, 2005 at the rate specified in Internal Revenue Code §§ 6621 and 6622.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

John A. Carpenter,
Advisor, Badge # 06-03026

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-10865-RGS |
| | ) | |
| | ) | |
| JEAN A. BURCH, Individually and | ) | |
| as Administratrix of the Estate | ) | |
| of Angelo Caramanica, | ) | |
| BARBARA A. CARAMANICA, | ) | |
| RONALD F. CARAMANICA, | ) | |
| SCOTT A. CARAMANICA, | ) | |
| SHERI L. CARAMANICA, | ) | |
| TRACY L. CARAMANICA, | ) | |
| BENJAMIN HAWES, and | ) | |
| JOAN M. BRIER, | ) | |
| | ) | |
| Defendants. | ) | |

GOVERNMENT'S EXHIBIT D

### DECLARATION OF STEPHEN J. TURANCHIK IN SUPPORT OF THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT

I, Stephen J. Turanchik, pursuant to 28 U.S.C. § 1746, declare that:

1. I am a trial attorney with the United States Department of Justice, and in such capacity have been assigned primary responsibility for litigation of the above-captioned case on behalf of the United States.

2. The statements set forth are based upon that information, as well as my own personal knowledge, and to the best of my knowledge, information, and belief, are true and correct.

1384016.1

3. Jean A. Burch has failed to answer, plead, or otherwise file a pleading responsive to the complaint, and her time to do so has expired. The Clerk of Court entered default against Jean A. Burch on October 4, 2005.

4. To the best of my knowledge, information, and belief, the defendant, Jean A. Burch is neither an infant, an incompetent person, nor in the military service within the purview of the Servicemembers Civil Relief Act, 50 App. U.S.C. §501.

5. This declaration is made in compliance with Rule 55(a) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of October, 2005, at Washington, D.C.

/s/ Stephen J. Turanchik
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565