Untitled

Oct, 10. 2005

To whom it may concern;
My name is Jean Burch and I guess now that my laywer has given up on this that I,m the one that has to handle it.
I,m the administratrix of the estate of my brother Angelo Caramanica, he had a balance of money owed to the state of Mass for income tax that was never paid. He had no money left over from the little bit that he owned so how was the taxes to be payed?
What he did have was 1/3 of property at 194 Rhode Island Road in the town of Lakeville and 1/2 ownership of property at 196 Rhode Island Road also in Lakeville.
Both parcels have people in the homes that have tenants for life. There has been a default on this I would like to have it taken off. Thank you.
Hope this is what you are looking for. If not please write to me at:
8442 Hamster Drive--Zephyrhills. FL. 33540   Phone # is 1-813-782-0564.
This is being sent to: Trial Attorney: Stephen J. Turanchik
P.O Box 55
Ben Franklin Station
Washington, D.C. 20044

And to;

Tony Anastas
U.S District Court
1 Court Houseway
Suite 230
Boston, Mass. 02210

Thanking you I remain Jean Burch

*Jean Burch*

Oct 18, 2005

Was on vacation didn't get this until Oct 16, so sending this right out to you. Replying to you with this letter that was sent to these 2 gentleman.
Thank You