**U.S. Department of Justice**

**Tax Division**

*Please reply to:* *Civil Trial Section, Northern Region*
*P.O. Box 55*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-5238*
*Trial Attorney: Stephen J. Turanchik*
*Attorney's Direct Line: (202) 307-6565*

5-36-9806 CMN 2003101447

Tony Anastas, Clerk
U.S. District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

OCT 27 2005

Re: United States v. Jean A. Burch et al.
Case No. 05-10865-RGS (USDC D. Mass.)

Dear Mr. Anastas:

On October 21, 2005, this office received the enclosed document from Jean Burch who is a named defendant in the above-referenced case. This may be her answer to the Complaint.

Should you have any questions, please do not hesitate to contact me at (202) 307-6565.

Sincerely yours,

STEPHEN J. TURANCHIK
Trial Attorney
Civil Trial Section, Northern Region

Enclosures

Copy to:

Tracy L. Caramanica
4 Beech Bluff Road
East Freetown, MA 02717

Jean A. Burch
8442 Hamster Drive
Zephyrhills, FL 33540

Sheri Caramanica
1725 Winthrop Road
North Dighton, MA

Barbara Caramanica
196 Rhode Island Road
Lakeville, MA 02347

Ronald Caramanica
21 Central Avenue
Lakeville, MA 02347

Scott Caramanica
196 Rhode Island Road
Lakeville, MA 02347

Benjamin Hawes
194 Rhode Island Road
Lakeville, MA 02347

Joan M. Brier
252 School Street, Apt. 2
Whitman, MA 02382

S. Turanchik
7816

Untitled

Oct,10.2005

J.B

To whom it may concern;
My name is Jean Burch and I guess now that my laywer has given up on this that I,m the one that has to handle it.
I,m the administratrix of the estate of my brother Angelo Caramanica,he had a balance of money owed to the state of Mass for income tax that was never paid.He had no money left over from the little bit that he owned so how was the taxes to be payed?
What he did have was 1/3 of property at 194 Rhode Island Road in the town of Lakeville and 1/2 ownership of property at 196 Rhode Island Road also in Lakeville.
Both parcels have people in the homes that have tenants for life.There has been a default on this I would like to have it taken off.Thank you.
Hope this is what you are looking for.If not please write to me at:
8442 Hamster Drive--Zephyrhills. FL. 33540 Phone # is 1-813-782-0564.
This is being sent to: Trial Attorney: Stephen J. Turanchik
P.O Box 55
Ben Franklin Station
Washington, D.C. 20044

And to;

Tony Anastas
U.S District Court
1 Court Houseway
Suite 230
Boston,Mass. 02210

Thanking you I remain Jean Burch

Jean Burch