UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>           Plaintiff,                          )<br>                                                              )<br>     v.                                                   )      Civil No. 05-10865-RGS<br>                                                              )<br>                                                              )<br>JEAN A. BURCH, Individually and     )<br>as Administratrix of the Estate          )<br>of Angelo Caramanica,                    )<br>BARBARA A. CARAMANICA,         )<br>RONALD F. CARAMANICA,            )<br>SCOTT A. CARAMANICA,              )<br>SHERI L. CARAMANICA,                )<br>TRACY L. CARAMANICA,              )<br>BENJAMIN HAWES, and                  )<br>JOAN M. BRIER,                              )<br>                                                              )<br>           Defendants.                       )  | |

## MOTION FOR DEFAULT JUDGMENT

The United States, through undersigned counsel, moves this Court to issue Default Judgment in the instant action against Jean A. Burch, in her capacity and as Administratrix of the Estate of Angelo Caramanica. In particular, in Count I of the Complaint the United States seeks a money judgment for the unpaid taxes of Angelo Caramanica. Angelo Caramanica's representative is his Administratrix, Jean A. Burch. See Exhibit A, Plymouth County Probate Court Order, dated April 10, 1991. Jean A. Burch was defaulted on October 4, 2005. See Exhibit B, Notice of Default. Jean A. Burch moved to lift the default on November 2, 2005. The Court denied her motion to lift the default on November 14, 2005.

Angelo Caramanica is indebted to the United States for unpaid taxes in the amount of $265,423.88 plus statutory interest as of October 31, 2005. See Exhibit C, Declaration of Debt

1426472.1

of Internal Revenue Service Advisor, John A. Carpenter.    Jean A. Burch is neither an infant, an incompetent person, nor in the military service within the purview of the Soldiers and Sailor Civil Relief Act of 1940, as amended.  See Exhibit D, Declaration of Stephen J. Turanchik.

A proposed judgment is attached.

          MICHAEL J. SULLIVAN
          United States Attorney


/s/ Stephen J. Turanchik
_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565

- 3 -

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Default Judgment has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 14th day of November, 2005:

Tracy L. Caramanica
4 Beech Bluff Road
East Freetown, MA 02717

Barbara Caramanica
196 Rhode Island Road
Lakeville, MA 02347

Jean A. Burch
8442 Hamster Drive
Zephyrhills, FL 33540

Ronald Caramanica
21 Central Avenue
Lakeville, MA 02347

Sheri Caramanica
1725 Winthrop Road
North Dighton, MA

Scott Caramanica
196 Rhode Island Road
Lakeville, MA 02347

Benjamin Hawes
194 Rhode Island Road
Lakeville, MA 02347

Joan M. Brier
252 School Street, Apt. 2
Whitman, MA 02382

/s/ Stephen J. Turanchik

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

1426472.1

✓ 4/11/91

# COMMONWEALTH OF MASSACHUSETTS

Plymouth , ss.    TO THE PROBATE COURT:    DOCKET NO. 90P1543-A1

ADMINISTRATION - ~~WITH~~ - WITHOUT - SURETIES

Name of Decedent  Angelo F. Caramanica

Domicile at Death  196 Rhode Island Road, Lakeville,    Plymouth
              (street and no.)         (city or town)   (county)

Date of Death  September 24, 1990

Name and address of Petitioner(s)  Jean Burch, 189 Rhode Island Road, Lakeville, MA 02347

Status  Sister of deceased

Heirs at law or next of kin of deceased:

| Name | Residence (minors and incompetents must be so designated) | Relationship |
|---|---|---|
| ___ld F. Caramanica | Taunton | Son |
| ___ A. Caramanica | Lakeville | Son |
| ___ L. Caramanica | " | Daughter |
| ___ L. Caramanica | " | Daughter |

Petitioner(s) prays that  s h e  — ~~xx xsomex othex xsuitablex personx~~ —

~~xofx~~ _____ ~~in the County of~~ _____ be appointed administrat rix of said estate ~~with~~ - without surety on  her  bond and certifies under the penalties of perjury that the foregoing statements are true to the best of  her  knowledge and belief.

Dated  October 26, 1990        Signature(s)  Jean Burch

The undersigned hereby assent to the foregoing petition.

(see separate assent)

GOVERNMENT'S EXHIBIT A

## DECREE

All persons interested having been notified in accordance with the law or having assented and no objections having been made thereto, it is decreed that  Jean Burch  of  Lakeville,  in the County of  Plymouth  be appointed administrat rix  of said estate first giving bond without sureties for the due performance of said trust.

Date  April 10, 1991        _____
                            Judge of Probate Court

UCM-F 1999

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

*USA*
_____
Plaintiff

CIVIL ACTION

NO. *05-10865 RGS*

V.

*Jean A. Burch*
_____
Defendant

*Individually and as Administratrix of the Estate of Angelo Caramanica*

## NOTICE OF DEFAULT

Upon application of the Plaintiff, _*USA*_ for an order of Default for failure of the Defendant, _*Jean A. Burch*_, _____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this *4th* day of *October* *2005*.

SARAH A. THORNTON
CLERK OF COURT

By:  *Elaine A Flaherty*
Deputy Clerk

Notice mailed to:

(Default Notice.wpd - 3/7/2005)



GOVERNMENT'S
EXHIBIT
B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>                        Plaintiff,              )<br>     v.                                                    )<br>                                                             )   Civil No. 05-10865-RGS<br> JEAN A. BURCH, Individually and      )<br> as Administratrix of the Estate of         )<br> Angelo Caramanica,                          )<br> BARBARA A. CARAMANICA,            )<br> RONALD F. CARAMANICA,              )<br> SCOTT A. CARAMANICA,                )<br> SHERRI L. CARAMANICA,                )<br> TRACY L. CARAMANICA,                 )<br> BENJAMIN HAWES, and                   )<br> JOAN M. BRIER,                                )<br>                                                              )<br>                        Defendants.         ) | |

### DECLARATION OF DEBT

I, John A. Carpenter, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      That I am employed by the Internal Revenue Service as an Advisor in the Collection Technical Services Group in Hartford, CT and have knowledge of the outstanding tax liabilities of Angelo F. Caramanica and am authorized to make this declaration.

2.      That the debtor, Angelo F. Caramanica is liable for unpaid Federal Income Tax for the tax years 1984, 1985, 1986, 1987, 1988, 1989 and 1990 as displayed below:



GOVERNMENT'S EXHIBIT C

| Tax | Year | Date Assessed | Balance Due 10/31/2005 |
|---|---|---|---|
| 1040 | 1984 | 10/19/1987 | 13,993.77 |
| 1040 | 1985 | 12/01/1986 | 17,606.47 |
| 1040 | 1986 | 06/22/1992 | 32,117.18 |
| 1040 | 1987 | 06/22/1992 | 22,215.80 |
| 1040 | 1988 | 06/22/1992 | 76,002.81 |
| 1040 | 1989 | 06/22/1992 | 62,671.73 |
| 1040 | 1990 | 06/22/1992 | 40,816.12 |

3.   That the total sum of the outstanding tax liability is $265,423.88 as of October 31, 2005.

4.   That additional interest will accrue after October 31, 2005 at the rate specified in Internal Revenue Code §§ 6621 and 6622.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

John A. Carpenter,
Advisor, Badge # 06-03026

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JEAN A. BURCH, Individually and )<br>as Administratrix of the Estate )<br>of Angelo Caramanica, )<br>BARBARA A. CARAMANICA, )<br>RONALD F. CARAMANICA, )<br>SCOTT A. CARAMANICA, )<br>SHERI L. CARAMANICA, )<br>TRACY L. CARAMANICA, )<br>BENJAMIN HAWES, and )<br>JOAN M. BRIER, )<br>)<br>Defendants. ) | Civil No. 05-10865-RGS |

GOVERNMENT'S EXHIBIT D

### DECLARATION OF STEPHEN J. TURANCHIK IN SUPPORT OF THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT

I, Stephen J. Turanchik, pursuant to 28 U.S.C. § 1746, declare that:

1. I am a trial attorney with the United States Department of Justice, and in such capacity have been assigned primary responsibility for litigation of the above-captioned case on behalf of the United States.

2. The statements set forth are based upon that information, as well as my own personal knowledge, and to the best of my knowledge, information, and belief, are true and correct.

1384016.1

3. Jean A. Burch has failed to answer, plead, or otherwise file a pleading responsive to the complaint, and her time to do so has expired. The Clerk of Court entered default against Jean A. Burch on October 4, 2005.

4. To the best of my knowledge, information, and belief, the defendant, Jean A. Burch is neither an infant, an incompetent person, nor in the military service within the purview of the Servicemembers Civil Relief Act, 50 App. U.S.C. §501.

5. This declaration is made in compliance with Rule 55(a) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of October, 2005, at Washington, D.C.

_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| ) | |
| Plaintiff,              ) | |
| ) | |
| v.              ) | Civil No. 05-10865-RGS |
| ) | |
| ) | |
| JEAN A. BURCH, Individually and         ) | |
| as Administratrix of the Estate         ) | |
| of Angelo Caramanica,                   ) | |
| BARBARA A. CARAMANICA,                  ) | |
| RONALD F. CARAMANICA,                   ) | |
| SCOTT A. CARAMANICA,                    ) | |
| SHERI L. CARAMANICA,                    ) | |
| TRACY L. CARAMANICA,                    ) | |
| BENJAMIN HAWES, and                     ) | |
| JOAN M. BRIER,                          ) | |
| ) | |
| Defendants.              ) | |

<u>DEFAULT JUDGMENT AGAINST JEAN A. BURCH IN HER CAPACITY
AS ADMINISTRATRIX OF THE ESTATE OF ANGELO CARAMANICA</u>

Defendant, Jean A. Burch, as Administratrix of the Estate of Angelo Caramanica, having failed to plead or otherwise defend in this action and her default having been entered:

Now, upon application of the Plaintiff and affidavits demonstrating that Jean A. Burch, as Administratrix of the Estate of Angelo Caramanica, owes Plaintiff the sum of $265,423.88, that Jean A. Burch, as Administratrix of the Estate of Angelo Caramanica, is not an infant or incompetent or in the military service of the United States,

1384041.1

It is hereby ORDERED, ADJUDGED and DECREED, that the United States of America, recover from Jean A. Burch, as Administratrix of the Estate of Angelo Caramanica, the amount of $265,423.88, plus interest at a rate specified in Internal Revenue Code §§ 6621 and 6622.

By the Court,

Dated: _____

Deputy Clerk