UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v.    )<br>)<br>)<br>JEAN A. BURCH, Individually and )<br>as Administratrix of the Estate )<br>of Angelo Caramanica, )<br>BARBARA A. CARAMANICA, )<br>RONALD F. CARAMANICA, )<br>SCOTT A. CARAMANICA, )<br>SHERI L. CARAMANICA, )<br>TRACY L. CARAMANICA, )<br>BENJAMIN HAWES, and )<br>JOAN M. BRIER, )<br>)<br>Defendants. ) | Civil No. 05-10865-RGS |

### DEFAULT JUDGMENT AGAINST JEAN A. BURCH IN HER CAPACITY AS ADMINISTRATRIX OF THE ESTATE OF ANGELO CARAMANICA

Defendant, Jean A. Burch, as Administratrix of the Estate of Angelo Caramanica, having failed to plead or otherwise defend in this action and her default having been entered:

Now, upon application of the Plaintiff and affidavits demonstrating that Jean A. Burch, as Administratrix of the Estate of Angelo Caramanica, owes Plaintiff the sum of $265,423.88, that Jean A. Burch, as Administratrix of the Estate of Angelo Caramanica, is not an infant or incompetent or in the military service of the United States,

1384041.1

It is hereby ORDERED, ADJUDGED and DECREED, that the United States of America, recover from Jean A. Burch, as Administratrix of the Estate of Angelo Caramanica, the amount of $265,423.88, plus interest at a rate specified in Internal Revenue Code §§ 6621 and 6622.

By the Court,

Dated: 11/30/05

_Elaine d Flaherty_
Deputy Clerk