UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JEAN A. BURCH, Individually and )<br>as Administratrix of the Estate )<br>of Angelo Caramanica, )<br>BARBARA A. CARAMANICA, )<br>RONALD F. CARAMANICA, )<br>SCOTT A. CARAMANICA, )<br>SHERI L. CARAMANICA, )<br>TRACY L. CARAMANICA, )<br>BENJAMIN HAWES, and )<br>JOAN M. BRIER, )<br>)<br>Defendants. ) | Civil No. 05-10865-RGS |

UNITED STATES' MOTION TO REOPEN CASE

The United States of America, through undersigned counsel, moves this Court to reopen this case. The United States filed this action on April 28, 2005 to obtain judgment against the Estate of Angelo Caramanica (Count I) and to foreclose its federal tax liens against two pieces of property in which Angelo Caramanica had interest prior to his death (Count II).

The United States obtained a default money judgment against Jean Burch, in her capacity as Administratrix of the Estate of Angelo Caramanica (Count I). That default judgment was entered on December 21, 2005. The case was then closed, perhaps because the United States did not make it clear in its request that the default judgment it sought was with respect to Count I, only.

1496742.1

The default judgment on Count I did not, however, dispose of all issues in the action because the United States, in Count II of its complaint, seeks a declaratory judgment that its federal tax liens attach to the interest of the taxpayer, Angelo Caramanica, in two pieces of real property.  Accordingly, the United States now asks this Court to reopen this case so that the United States may proceed with regard to Count II.

A proposed order is attached.

MICHAEL J. SULLIVAN
United States Attorney

/s/ Stephen J. Turanchik
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565

- 3 -

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion to Reopen Case has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 11th day of January, 2006:

| | | |
|---|---|---|
| Jean Burch<br>8442 Hamster Drive<br>Zephyrhills, FL 33540 | Tracy L. Caramanica<br>4 Beech Bluff Road<br>East Freetown, MA 02717 | Barbara Caramanica<br>196 Rhode Island Road<br>Lakeville, MA 02347 |
| Ronald Caramanica<br>21 Central Avenue<br>Lakeville, MA 02347 | Sheri Caramanica<br>1725 Winthrop Road<br>North Dighton, MA | Scott Caramanica<br>196 Rhode Island Road<br>Lakeville, MA 02347 |
| Benjamin Hawes<br>194 Rhode Island Road<br>Lakeville, MA 02347 | Joan M. Brier<br>252 School Street, Apt. 2<br>Whitman, MA 02382 | |

/s/ Stephen J. Turanchik
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565

1496742.1