UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JEAN A. BURCH, Individually and )<br>as Administratrix of the Estate )<br>of Angelo Caramanica, )<br>BARBARA A. CARAMANICA, )<br>RONALD F. CARAMANICA, )<br>SCOTT A. CARAMANICA, )<br>SHERI L. CARAMANICA, )<br>TRACY L. CARAMANICA, )<br>BENJAMIN HAWES, and )<br>JOAN M. BRIER, )<br>)<br>Defendants. ) | Civil No. 05-10865-RGS |

ORDER

Upon motion of the United States of America, for good cause shown, this case is reopened with regard to Count II of the Complaint.

_____                                                        _____
Date                                                                         Hon. Richard G. Stearns
                                                                                    U.S. District Court

1496744.1