UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>JEAN A. BURCH, Individually and  )<br>as Administratrix of the Estate  )<br>of Angelo Caramanica,  )<br>BARBARA A. CARAMANICA,  )<br>RONALD F. CARAMANICA,  )<br>SCOTT A. CARAMANICA,  )<br>SHERI L. CARAMANICA,  )<br>TRACY L. CARAMANICA,  )<br>BENJAMIN HAWES, and  )<br>JOAN M. BRIER,  )<br>)<br>Defendants.  ) | Civil No. 05-10865-RGS |

ORDER

Upon motion of the United States of America, for good cause shown, this case is reopened with regard to Count II of the Complaint.

1-18-06.
Date

Richard G. Stearns
Hon. Richard G. Stearns
U.S. District Court

1496744.1