UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                        CIVIL ACTION NO. 05-10865-RGS

JEAN A. BURCH, ET AL

# O R D E R

STEARNS, DJ.                        MAY 9, 2006

ON JANUARY 18, 2006, THIS COURT ALLOWED THE GOVERNMENT'S MOTION TO REOPEN THE ABOVE-CAPTIONED CASE WITH REGARD TO COUNT II OF THE GOVERNMENT'S COMPLAINT.

THEREFORE, IT IS HEREBY ORDERED THAT THE GOVERNMENT FILE WITH THIS COURT A WRITTEN "STATUS REPORT" WHICH SHALL BE FILED ON OR BEFORE:

<u>JUNE 19, 2006</u>

SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

        BY:

                                        /s/ Mary H. Johnson
                                           Deputy Clerk