UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JEAN A. BURCH, Individually and )<br>as Administratrix of the Estate )<br>of Angelo Caramanica, )<br>BARBARA A. CARAMANICA, )<br>RONALD F. CARAMANICA, )<br>SCOTT A. CARAMANICA, )<br>SHERI L. CARAMANICA, )<br>TRACY L. CARAMANICA, )<br>BENJAMIN HAWES, and )<br>JOAN M. BRIER, )<br>)<br>Defendants. ) | Civil No. 05-10865-RGS |

UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The United States, through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure moves for summary judgment that its federal tax liens against Angelo Caramanica attach to the real property located at 194 Rhode Island Road and 196 Rhode Island Road, Lakeville, Massachusetts.

The United States does not seek foreclosure of its federal tax liens at this time.

1673050.1

A supporting memorandum of is attached.

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Stephen J. Turanchik
        STEPHEN J. TURANCHIK
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6565
        stephen.j.turanchik@usdoj.gov

- 3 -

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Default Judgment has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 15th day of May, 2006:

| | | |
|---|---|---|
| Jean Burch<br>8442 Hamster Drive<br>Zephyrhills, FL 33540 | Tracy L. Caramanica<br>4 Beech Bluff Road<br>East Freetown, MA 02717 | Barbara Caramanica<br>196 Rhode Island Road<br>Lakeville, MA 02347 |
| Ronald Caramanica<br>21 Central Avenue<br>Lakeville, MA 02347 | Sheri Caramanica<br>1725 Winthrop Road<br>North Dighton, MA | Scott Caramanica<br>196 Rhode Island Road<br>Lakeville, MA 02347 |
| Benjamin Hawes<br>194 Rhode Island Road<br>Lakeville, MA 02347 | Joan M. Brier<br>252 School Street, Apt. 2<br>Whitman, MA 02382 | |

/s/ Stephen J. Turanchik
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565

1673050.1