UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-10865-RGS |
| ) | |
| ) | |
| JEAN A. BURCH, Individually and ) | |
| as Administratrix of the Estate ) | |
| of Angelo Caramanica, ) | |
| BARBARA A. CARAMANICA, ) | |
| RONALD F. CARAMANICA, ) | |
| SCOTT A. CARAMANICA, ) | |
| SHERI L. CARAMANICA, ) | |
| TRACY L. CARAMANICA, ) | |
| BENJAMIN HAWES, and ) | |
| JOAN M. BRIER, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF LAW IN SUPPORT OF THE
UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The United States, through undersigned counsel, submits this memorandum of law in

support of its motion for summary judgment.

Procedural History

On April 28, 2005, the United States filed a Complaint in this case to (a) reduce certain

tax assessments against Angelo Caramanica to judgment, (b) have the Court determine that the

federal tax liens arising from the tax assessments against Angelo Caramanica have attached to

real property located at 194 Rhode Island Road and 196 Rhode Island Road, Lakeville,

Massachusetts, and (c) order the foreclosure of those federal tax liens.  Because Angelo

Caramanica is deceased, the United States named Jean Burch as a defendant in her capacity as the Administratrix of his estate.

On October 4, 2005, default was entered against Jean Burch.    On November 30, 2005, default judgment was entered against Jean Burch in her capacity as the administratrix of Angelo Caramanica.  The Court entered judgment in the amount of $265,423 plus interest at a rate specified in Internal Revenue Code §§ 6621 and 6622 against Jean Burch as Adminstratrix of the Estate of Angelo Caramanica on account of his unpaid federal income tax liabilities.

The United States now moves for summary judgment that its federal tax liens against Angelo Caramanica attach to his interest in the real property at 194 Rhode Island Road and 196 Rhode Island Road, Lakeville, Massachusetts.

The United States does not ask for the Court to order a foreclosure of the properties at this time.  Benjamin Hawes retains a life estate in the property at 194 Rhode Island Road and Barbara Caramanica, the taxpayer's former spouse, has the right to reside in the residence at 196 Rhode Island Road.   Rather than seek foreclosure, the United States seeks a declaratory judgment that its federal tax liens (now judgment liens) attach to the taxpayer's interest in each property.

Statement of Uncontested Facts

A. _____ Tax Liabilities of Angelo Caramanica

1.  On or about the following dates, a delegate of the Secretary of the Treasury made assessments against the Angelo Caramanica ("the taxpayer") for income tax, penalties, and interest, for the years indicated.

| Tax Year | Assessment Date(s) | Balance Due as of October 31, 2005 |
|---|---|---|
| 1984 | May 10, 1985 December 29, 1986 | 13,993.77 |
| 1985 | October 20, 1986 | 17,606.47 |
| 1986 | June 13, 1992 | 32,117.18 |
| 1987 | April 13, 1992 | 22,215.80 |
| 1988 | April 13, 1992 | 76,002.81 |
| 1989 | April 13, 1992 | 62,671.73 |
| 1990 | April 13, 1992 | 40,816.12 |
| | TOTAL | 265,423.88 |

See Exhibits 1-7, Certificates of Assessments, Payments, and Other Specified Matters, Forms 4340 for 1984, 1985, 1986, 1987, 1988, 1989, and 1990 and Exhibit 8, Declaration of Debt of Internal Revenue Service Advisor, Jennifer Petrillo ("Petrillo Declaration").

2.  Angelo Caramanica is indebted to the United States for unpaid taxes in the amount of $265,423.88 plus statutory interest as of October 31, 2005.  See Exhibit 8, Petrillo Declaration ¶3.

1673103.1

3.  Notice of that assessment, and demand for its payment, were sent to the taxpayer on or within five days of the date of the assessment.   <u>See</u> Exhibit 8, Petrillo Declaration ¶4.

4.  Despite notice and demand, the taxpayer refused or neglected to fully pay the assessment, interest and other statutory additions have accrued, and there remains due and owing to the United States with respect thereto, the sum of $265,423.88 plus statutory interest as of October 31, 2005. <u>See</u> Petrillo Declaration ¶5.

B.     <u>194 Rhode Island Road, Lakeville, Massachusetts</u>

5.  On or about February 23, 1989, Benjamin Hawes conveyed the real property located at 194 Rhode Island Road, Lakeville, Massachusetts to Jean A. Burch, Angelo F. Caramanica and Joan M. Brier and retained a life estate for himself.   <u>See</u> Exhibit 9, Deed recorded at Book 9007 Page 190 with the Plymouth County Registry of Deeds.

6. The real property at 194 Rhode Island Road, Lakeville, Massachusetts is more fully described as:

> A certain lot of land containing 3.499 acres, situated on the Southeasterly side of Rhode Island Road in Lakeville, Plymouth County, Massachusetts, together with the buildings thereon, shown as Lot "A" on a plan to be recorded herewith entitled "Plan of Land, Rhode Island Road, Lakeville, Massachusetts, dated May 16, 1988, Donald P. MacNeill, Registered Land Surveyor, of E. J. Flynn Engineers, Inc., of Midleboro, MA." <u>See</u> Exhibit 9.

C.     196 Rhode Island Road, Lakeville, Massachusetts

7.   On or about March 17, 1969, Angelo Caramanica and Barbara Caramanica acquired the real estate located at 196 Rhode Island Road, Lakeville, Massachusetts.  See Exhibit 10, Deed recorded with Plymouth County Registry of Deeds at Book 3506 Pages 590-591.

8.   The property at 196 Rhode Island Road, Lakeville, Massaachusetts is described more fully as follows:

> Beginning at the southwest corner of the parcel to be described said corner is in the southerly side of said road and S82'-13'-40"W 78.29 feet from a County Bound ; thence by other land of the grantors the following three courses; S19º-21'-15"E 182.41 feetto a corner: thence N 59º-14'-55" E 243.23 feet to a corner; thence N 21º-01'- 45" W 179.92 feet to a corner in the South line of said road; thence along a circular curve of a radius of 2313.96 feet 134.71 feet to a County Bound , said bound being the Point of Curvature of said curve; thence S 82º-13'- 40" W 78.29 feet to the point of beginning.  See Exhibit 10.

9.   On or about July 28, 1982, Barbara Caramanica filed a Complaint for Divorce against the Angelo Caramanica in Caramanica v. Caramanica, Docket No. D82-1025, (Plymouth County Probate and Family Court). See Exhibit 11, Complaint for Divorce.

10.   On or about June 4, 1985, the Plymouth County Probate and Family Court awarded Barbara Caramanica "the right to reside in and to remain in the marital home at [196] Rhode Island Road, Lakeville, Massachusetts, until such time as she permanently moves to another residence or remarries, whichever occurs first, at which time the marital home shall be sold and the net proceeds will be divided equally between [Barbara Caramanica and Angelo

1673103.1

Caramanica]." See Exhibit 12, Judgment of Divorce Nisi, Caramanica v. Caramanica, Docket No. D82-1025.

11.  The tax assessments against Angelo Caramanica were reduced to judgment upon the Court's granting of the default judgment against Jean Burch, as Administratrix for the Estate of Angelo Caramanica.

ARGUMENT

A.    Summary Judgment Standard

Fed. Rule Civ. Pro. 56(c) provides that summary judgment should be granted "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."  This standard "mirrors the standard for a directed verdict under Fed. Rule Civ. Pro. 50(a), which is that the trial judge must direct a verdict if, under the governing law, there can be but one reasonable conclusion as to the verdict." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250 (1986). "[T]here is no genuine issue for trial unless there is sufficient evidence favoring the nonmoving party for a jury to return a verdict for that party." Id. at 249.n   In defending against a motion for summary judgment, "[t]he non-movant may not rely on allegations in its pleadings, but must set forth specific facts indicating a genuine issue for trial." Geffon v. Micrion Corp., 249 F.3d 29, 34 (1st Cir. 2001) (citing Lucia v. Prospect St. High Income Portfolio, Inc., 36 F.3d 170, 174 (1st Cir. 1994)).

1673103.1

B.    <u>Federal Tax Liens Attach to the Rhode Island Road Properties</u>

Internal Revenue Code (26 U.S.C.) § 6321[1] provides that failure to pay any tax will result in a lien in favor of the Government on all of the delinquent taxpayer's property and right's to property.   The Supreme Court has held that Congress's language with respect to the terms "property or rights to property" is broad and reveals on its face that Congress meant to reach every interest in property that a taxpayer might have. <u>See</u> <u>United States v. National Bank of Commerce</u>, 472 U.S. 713, 727, 105 S.Ct. 2919, 86 L.Ed.2d 565 (1985).  "Stronger language could hardly have been selected to reveal a purpose to assure the collection of taxes." <u>Id.</u>, 472 U.S. at 719-20, 105 S.Ct. 2919 (<u>quoting</u> <u>Glass City Bank v. United States</u>, 326 U.S. 265, 267, 66 S.Ct. 108, 90 L.Ed. 56 (1945)).

Internal Revenue Code § 6322 further provides that the lien imposed by § 6321 arises at the time an assessment is made and continues until the liability is satisfied, or until it becomes unenforceable due to lapse of time.  26 U.S.C. § 6322.  In support of this motion, the United States has submitted copies of Forms 4340, also known as Certificates of Assessments and Payments and Other Specified matters.  The Forms 4340, among other things, list the amount of each assessment, the date of the assessment and the dates the IRS first notified Angelo Caramanica of the assessments.  <u>See</u> <u>Geiselman v. United States</u>, 961 F.2d 1, 6 (1st Cir.), <u>cert. denied</u> , 506 U.S. 891 (1992).  The forms 4340 constitute presumptive proof of a valid assessment, as well as notice to the taxpayer. <u>Geiselman</u>, 961 F.2d at 6.  Forms 4340 also constitute presumptive proof that the IRS has made demands of payment from the taxpayer. <u>Id.</u>

---

[1] All code section references will be to the Internal Revenue Code unless otherwise noted.

The attached Forms 4340 show that assessment arose against Angelo Caramanica in 1985, 1986 and 1992 for the tax years 1984-1990.

Angelo Caramanica acquired a one-third remainder interest in the property at 194 Rhode Island Road in February 1989.  On February 23, 1989, Benjamin Hawes transferred the 194 Rhode Island Road to Jean Burch, Angelo F. Caramanica and Joan Brier and retained a life estate for himself in the property.   A taxpayer's remainder interest constitutes a legal or equitable right defined as "property" or "rights to property" subject to attachment under federal law.  See In re Colish, 289 B.R. 523 (Bankr.E.D.N.Y. 2002);   Jones v. Internal Revenue Service, 206 B.R. 614, 621 (Bankr.D.D.C.1997).  Likewise, federal tax liens attach to a taxpayer's contingent interest. See Bigheart Pipeline Corp. v. United States, 600 F.Supp. 50, 53 (N.D.Okla. 1984) aff'd, 835 F.2d 766 (10th Cir. 1987).   Additionally, the federal tax lien likewise extends to after-acquired property. See Glass City Bank v. United States, 326 U.S. 265, 66 S.Ct. 108, 90 L.Ed. 56 (1945). Here, the federal tax liens against Angelo Caramanica arose in 1985, 1986 and 1992 and he acquired an interest in the property in 1989.  Thus, the liens against Angelo Caramanica have attached to his remainder interest in the property at 194 Rhode Island Road.

Angelo Caramanica also had an interest in the real property at 196 Rhode Island Road, Lakeville, Massachusetts.  Angelo and Barbara Caramanica acquired the property jointly on or about March 14, 1969.  Angelo and Barbara Caramania were subsequently divorced.  As part of the Judgment of Divorce Nisi, Barbara Caramanica was given the right to reside in and remain in the marital home at 196 Rhode Island Road until she moved to another residence or remarried. Upon the occurrence of either event, the property would be sold and the net proceeds divided between Angelo Caramanica and Barbara Caramanica.   The Judgment of Divorce Nisi was

1673103.1

effective as of June 4, 1985.   Thus, Angelo Caramanica had a reversionary interest in the real property.  Federal tax liens attach to a taxpayer's property and rights to property, including reversionary interests. See §6321; Meyerson v. Council Bluffs Sav. Bank, 824 F.Supp. 173 (S.D.Iowa 1991).  Thus, the federal tax liens attach to Angelo Caramanica's interest in the property at 196 Rhode Island Road.

Lastly, the death of the taxpayer does not effect the validity of federal tax liens. See United States v. Hoper, 242 F.2d 468 (7th Cir. 1957)(federal tax lien for delinquent income taxes obtained during lifetime of taxpayer survives his death and is enforceable against beneficiaries). See also Woods v. Simpson, 46 F.3d 21 (6th Cir. 1995).   Even though the taxpayer is now deceased, the United States may still collect on its federal tax liens against the taxpayer.

## Conclusion

Because the United States' federal tax liens attached to the taxpayer's interest in the real property at 194 and 196 Rhode Island Road, Lakeville, Massachusetts, the United States is entitled to a declaratory judgment that its liens have attached to each property.

MICHAEL J. SULLIVAN
United States Attorney

/s/ Stephen J. Turanchik
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565
stephen.j.turanchik@usdoj.gov

1673103.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Summary Judgment and Supporting Memorandum of Law has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 15th day of May, 2006:

Jean Burch
8442 Hamster Drive
Zephyrhills, FL 33540

Tracy L. Caramanica
4 Beech Bluff Road
East Freetown, MA 02717

Barbara Caramanica
196 Rhode Island Road
Lakeville, MA 02347

Ronald Caramanica
21 Central Avenue
Lakeville, MA 02347

Sheri Caramanica
1725 Winthrop Road
North Dighton, MA

Scott Caramanica
196 Rhode Island Road
Lakeville, MA 02347

Benjamin Hawes
194 Rhode Island Road
Lakeville, MA 02347

Joan M. Brier
252 School Street, Apt. 2
Whitman, MA 02382

/s/ Stephen J. Turanchik
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565

10

1673103.1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

ANGELO CARAMANICA                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1984

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 32,242.00 | | | |
| | TAXABLE INCOME 21,824.00 | | | |
| | SELF EMPLOYMENT TAX 845.00 | | | |
| 05-10-1985 | RETURN FILED & TAX ASSESSED 08211-131-29041-5  198522 | 1,786.00 | | 06-10-1985 |
| 04-15-1985 | WITHHOLDING & EXCESS FICA | | 4,623.00 | |
| 05-10-1985 | OVERPAYMENT CREDIT TRANSFERRED 1040      198212 | | (202.34) | |
| 05-10-1985 | OVERPAYMENT CREDIT TRANSFERRED 1040      198312 | | (154.35) | |
| 06-10-1985 | REFUND | | (2,480.31) | |
| 12-29-1986 | PRIOR TAX ABATED 08254-739-15256-6 | 1,015.00- | | |
| 05-10-1985 | OVERPAYMENT CREDIT TRANSFERRED 1040      198512 | | (1,015.00) | |
| 12-29-1986 | INTEREST DUE TAXPAYER | | 109.40 | |
| 12-29-1986 | OVERPAYMENT INTEREST TRANSFERRED 1040      198512 | | (109.40) | |
| | NEGLIGENCE PENALTY 198740 | 2.00 | | 10-19-1987 |
| | ADDITIONAL TAX ASSESSED 08254-667-65020-7  198740 | 2,739.00 | | 10-19-1987 |

FORM 4340  (REV. 01-2002)              PAGE    1


GOVERNMENT EXHIBIT

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

ANGELO CARAMANICA                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1984

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
|  | INTEREST ASSESSED 198740 | | 777.82 | 10-19-1987 |
| 07-06-1988 | FEDERAL TAX LIEN | | | |
| 08-15-1988 | FEES AND COLLECTION COSTS | | 10.00 | |
| 08-24-1990 | SUBSEQUENT PAYMENT LEVY | | 584.28 | |
| 12-07-1992 | FEES AND COLLECTION COSTS | | 10.00 | |
| 09-24-1990 | LEGAL SUIT PENDING | | | |
| 10-19-1987 | Statutory Notice of Balance Due | | | |
| 11-09-1987 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)            PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ANGELO CARAMANICA                     EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1984
--------------------------------------------------------------------------------


BALANCE          2,954.54
--------------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Susan McMahon_

PRINT NAME:_____Susan McMahon_____

TITLE:_____Supervisory Investigative Analyst_____

DELEGATION ORDER:__CI Delegation #18_____


LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 11/04/2005

FORM 4340  (REV. 01-2002)                 PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

ANGELO CARAMANICA                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1985

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 21,971.00 | | | |
| | TAXABLE INCOME 17,751.00 | | | |
| | SELF EMPLOYMENT TAX 2,570.00 | | | |
| 10-20-1986 | RETURN FILED & TAX ASSESSED 08221-294-75020-6  198647 | | 4,796.00 | 12-01-1986 |
| 04-15-1986 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1986 | | | |
| 08-20-1986 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-1986 | | | |
| 10-20-1986 | PAYMENT WITH RETURN | | 600.00 | |
| | ESTIMATED TAX PENALTY 198647 | 128.00 | | 12-01-1986 |
| | FAILURE TO PAY TAX PENALTY 198647 | 185.84 | | 12-01-1986 |
| | INTEREST ASSESSED 198647 | 283.40 | | 12-01-1986 |
| 04-15-1986 | OVERPAID CREDIT APPLIED 1040        198412 | | 1,015.00 | |
| 12-29-1986 | INTEREST OVERPAYMENT CREDIT 1040        198412 | | 109.40 | |
| 12-29-1986 | FAILURE TO PAY TAX PENALTY ABATED | 24.70- | | |

FORM 4340  (REV. 01-2002)              PAGE    1

GOVERNMENT
EXHIBIT
2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

ANGELO CARAMANICA                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC   1985

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|----------------------|-----------|----------|
| 12-29-1986 | INTEREST ABATED | | 35.88- | |
| 07-06-1988 | FEDERAL TAX LIEN | | | |
| 01-18-1993 | RECEIVED POA/TIA | | | |
| 09-24-1990 | LEGAL SUIT PENDING | | | |
| 04-11-1998 | REMOVED POA/TIA | | | |
| 12-01-1986 | Statutory Notice of Balance Due | | | |
| 01-05-1987 | Notice of Balance Due | | | |
| 02-09-1987 | Notice of Balance Due | | | |
| 02-16-1987 | Notice of Balance Due | | | |
| 03-23-1987 | Notice of Balance Due | | | |
| 04-27-1987 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

ANGELO CARAMANICA                      EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1985
--------------------------------------------------------------------

BALANCE        3,608.26

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
--------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Susan McMahon_
                          Susan McMahon
PRINT NAME:_____

TITLE:_____Supervisory Investigative Analyst_____

DELEGATION ORDER:___CI Delegation #18_____

LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 11/04/2005

FORM 4340  (REV. 01-2002)            PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

ANGELO CARAMANICA DECD                EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 19,568.00 | | | |
| | TAXABLE INCOME 18,488.00 | | | |
| | SELF EMPLOYMENT TAX 2,407.00 | | | |
| 04-13-1992 | RETURN FILED & TAX ASSESSED 08221-137-44310-2  199224 | | 5,093.00 | 06-22-1992 |
| | ESTIMATED TAX PENALTY 199224 | | 246.41 | 06-22-1992 |
| | LATE FILING PENALTY 199224 | | 1,145.93 | 06-22-1992 |
| | FAILURE TO PAY TAX PENALTY 199224 | | 1,273.25 | 06-22-1992 |
| | INTEREST ASSESSED 199224 | | 4,462.30 | 06-22-1992 |
| 01-18-1993 | RECEIVED POA/TIA | | | |
| 09-24-1990 | LEGAL SUIT PENDING | | | |
| 10-02-1995 | FAILURE TO PAY TAX PENALTY ABATED | | 203.72- | |
| 04-11-1998 | REMOVED POA/TIA | | | |
| 10-25-2002 | FEDERAL TAX LIEN | | | |
| 11-25-2002 | FEES AND COLLECTION COSTS | | 10.00 | |
| 06-22-1992 | Statutory Notice of Balance Due | | | |
| 07-13-1992 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                PAGE   1



GOVERNMENT
EXHIBIT
3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ANGELO CARAMANICA DECD                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986
------------------------------------------------------------------------


BALANCE         12,027.17

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: Susan McMahon

PRINT NAME:_____ Susan McMahon_____

TITLE:_____ Supervisory Investigative Analyst_____

DELEGATION ORDER:__ CI Delegation #18_____


LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 11/04/2005

FORM 4340  (REV. 01-2002)                PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

ANGELO CARAMANICA DECD                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   1987

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|-----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 17,146.00 | | | |
| | TAXABLE INCOME 12,046.00 | | | |
| | SELF EMPLOYMENT TAX 2,109.00 | | | |
| 04-13-1992 | RETURN FILED & TAX ASSESSED 08221-137-44306-2  199224 | | 3,943.00 | 06-22-1992 |
| | ESTIMATED TAX PENALTY 199224 | | 212.96 | 06-22-1992 |
| | LATE FILING PENALTY 199224 | | 887.18 | 06-22-1992 |
| | FAILURE TO PAY TAX PENALTY 199224 | | 985.75 | 06-22-1992 |
| | INTEREST ASSESSED 199224 | | 2,680.84 | 06-22-1992 |
| 01-18-1993 | RECEIVED POA/TIA | | | |
| 09-24-1990 | LEGAL SUIT PENDING | | | |
| 10-02-1995 | FAILURE TO PAY TAX PENALTY ABATED | | 394.30- | |
| 04-11-1998 | REMOVED POA/TIA | | | |
| 10-25-2002 | FEDERAL TAX LIEN | | | |
| 06-22-1992 | Statutory Notice of Balance Due | | | |
| 07-13-1992 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1



CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ANGELO CARAMANICA DECD                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1987
------------------------------------------------------------------------

BALANCE        8,315.43

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Susan McMahon*
PRINT NAME:_____Susan McMahon_____

TITLE:_____Supervisory Investigative Analyst_____

DELEGATION ORDER:___CI Delegation #18_____


LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 11/04/2005

FORM 4340  (REV. 01-2002)                  PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

ANGELO CARAMANICA DECD                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1988

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 48,061.00 | | | |
| | TAXABLE INCOME 43,111.00 | | | |
| | SELF EMPLOYMENT TAX 5,859.00 | | | |
| 04-13-1992 | RETURN FILED & TAX ASSESSED 08221-137-44303-2   199224 | 15,614.00 | | 06-22-1992 |
| | ESTIMATED TAX PENALTY 199224 | 280.20 | | 06-22-1992 |
| | LATE FILING PENALTY 199224 | 3,513.15 | | 06-22-1992 |
| | FAILURE TO PAY TAX PENALTY 199224 | 3,044.73 | | 06-22-1992 |
| | INTEREST ASSESSED 199224 | 7,635.38 | | 06-22-1992 |
| 01-18-1993 | RECEIVED POA/TIA | | | |
| 09-24-1990 | LEGAL SUIT PENDING | | | |
| 10-02-1995 | FAILURE TO PAY TAX PENALTY ABATED | 1,639.47- | | |
| 04-11-1998 | REMOVED POA/TIA | | | |
| 10-25-2002 | FEDERAL TAX LIEN | | | |
| 06-22-1992 | Statutory Notice of Balance Due | | | |
| 07-13-1992 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

GOVERNMENT
EXHIBIT
5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

ANGELO CARAMANICA DECD                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1988
--------------------------------------------------------------------------


BALANCE      28,447.99
--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Susan McMahon_
PRINT NAME:_____Susan McMahon_____

TITLE:_____Supervisory Investigative Analyst_____

DELEGATION ORDER:____CI Delegation #18_____


LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 11/04/2005

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

ANGELO CARAMANCIA DECD                 EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 44,531.00 | | | |
| | TAXABLE INCOME 39,431.00 | | | |
| | SELF EMPLOYMENT TAX 5,798.00 | | | |
| 04-13-1992 | RETURN FILED & TAX ASSESSED 08221-137-44336-2  199224 | | 14,426.00 | 06-22-1992 |
| | ESTIMATED TAX PENALTY 199224 | | 976.00 | 06-22-1992 |
| | LATE FILING PENALTY 199224 | | 3,245.85 | 06-22-1992 |
| | FAILURE TO PAY TAX PENALTY 199224 | | 1,947.51 | 06-22-1992 |
| | INTEREST ASSESSED 199224 | | 4,377.48 | 06-22-1992 |
| 01-18-1993 | RECEIVED POA/TIA | | | |
| 09-24-1990 | LEGAL SUIT PENDING | | | |
| 10-02-1995 | FAILURE TO PAY TAX PENALTY ABATED | | 1,514.73- | |
| 04-11-1998 | REMOVED POA/TIA | | | |
| 10-25-2002 | FEDERAL TAX LIEN | | | |
| 06-22-1992 | Statutory Notice of Balance Due | | | |
| 07-13-1992 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    1



GOVERNMENT
EXHIBIT
6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ANGELO CARAMANCIA DECD                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989
--------------------------------------------------------------------------------


BALANCE        23,458.11
--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Susan McMahon_

PRINT NAME:_____Susan McMahon_____

TITLE:_____Supervisory Investigative Analyst_____

DELEGATION ORDER:___CI Delegation #18_____


LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 11/04/2005

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

ANGELO CARAMANICA DECD                    EIN/SSN: 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
JEAN A BURCH ADM


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1990

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 31,714.00 | | | |
| | TAXABLE INCOME 26,414.00 | | | |
| | SELF EMPLOYMENT TAX 4,822.00 | | | |
| 04-13-1992 | RETURN FILED & TAX ASSESSED 08221-137-44246-2   199224 | | 9,693.00 | 06-22-1992 |
| | ESTIMATED TAX PENALTY 199224 | | 638.00 | 06-22-1992 |
| | LATE FILING PENALTY 199224 | | 2,180.93 | 06-22-1992 |
| | FAILURE TO PAY TAX PENALTY 199224 | | 726.97 | 06-22-1992 |
| | INTEREST ASSESSED 199224 | | 1,403.73 | 06-22-1992 |
| 01-18-1993 | RECEIVED POA/TIA | | | |
| 09-24-1990 | LEGAL SUIT PENDING | | | |
| 04-11-1998 | REMOVED POA/TIA | | | |
| 10-25-2002 | FEDERAL TAX LIEN | | | |
| 06-22-1992 | Statutory Notice of Balance Due | | | |
| 07-13-1992 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1



GOVERNMENT EXHIBIT 7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ANGELO CARAMANICA DECD                    EIN/SSN: 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
JEAN A BURCH ADM


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1990
--------------------------------------------------------------------------------

BALANCE          14,642.63
--------------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Susan M'Mahon_
                        Susan McMahon
PRINT NAME:_____

TITLE:_____ Supervisory Investigative Analyst _____

DELEGATION ORDER:___CI Delegation #18_____


LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 11/04/2005

FORM 4340  (REV. 01-2002)                    PAGE    2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-10865-RGS |
| | ) |
| | ) |
| JEAN A. BURCH, Individually and | ) |
| as Administratrix of the Estate | ) |
| of Angelo Caramanica, | ) |
| BARBARA A. CARAMANICA, | ) |
| RONALD F. CARAMANICA, | ) |
| SCOTT A. CARAMANICA, | ) |
| SHERI L. CARAMANICA, | ) |
| TRACY L. CARAMANICA, | ) |
| BENJAMIN HAWES, and | ) |
| JOAN M. BRIER, | ) |
| | ) |
| Defendants. | ) |

GOVERNMENT
EXHIBIT
1

## DECLARATION OF INTERNAL REVENUE ADVISOR
## JENNIFER PETRILLO

I, Jennifer Petrillo, pursuant to 28 U.S.C. § 1746, declare that:

1.  I am employed by the Internal Revenue Service as an Advisor with Technical Support Section in Providence, Rhode Island.

2. In the course of my duties I have been assigned to assist in the above-captioned case.  I have reviewed the records of the IRS relating to the federal income tax liabilities of Angelo Caramanica for the years 1984 through 1990.

3. On or about the following dates, a delegate of the Secretary of the Treasury made assessments against the Angelo Caramanica for income tax, penalties, and interest, for the years indicated.

| Tax Year | Assessment Date(s) | Balance Due as of October 31, 2005 |
|----------|-------------------|-----------------------------------|
| 1984 | October 19, 1987 | 13,993.77 |
| 1985 | December 1, 1986 | 17,606.47 |
| 1986 | June 22, 1992 | 32,117.18 |
| 1987 | June 22, 1992 | 22,215.80 |
| 1988 | June 22, 1992 | 76,002.81 |
| 1989 | June 22, 1992 | 62,671.73 |
| 1990 | June 22, 1992 | 40,816.12 |
| | TOTAL | 265,423.88 |

The balance due on each tax liability as of October 31, 2005 is so indicated.

4. Notice of those assessments, and demand for their payment, were sent to Angelo Caramanica on or within five days of the date of each assessment.

5. Despite notice and demand, Angelo Caramanica has refused or neglected to fully pay the assessment, interest and other statutory additions have accrued, and there remains due and owing to the United States with respect thereto, the sum of $265,423.88, plus interest and

other statutory additions accruing from and after October 31, 2005, with respect to his 1984-1990 federal income tax liability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __3rd__ day of May, 2006, at Providence, Rhode Island

Jennifer Petrillo
Internal Revenue Service

BK 9007 PG 190

I, BENJAMIN HAWES, of Lakeville, Plymouth County, Massachusetts,
in consideration of love and affection,
grant to JEAN A. BURCH, 189 Rhode Island Road, Lakeville, Plymouth County,
Massachusetts 02346; ANGELO F. CARAMANICA, 196 Rhode Island Road, Lakeville,
Massachusetts 02346, and JOAN M. BRIER, 252 School Street, Whitman, Plymouth
County, Massachusetts 02382, all as tenants in common,
with QUITCLAIM COVENANTS,

RETAINING, HOWEVER, TO MYSELF AN ESTATE FOR THE TERM OF MY NATURAL LIFE,

A certain lot of land containing 3.499 acres, situated on the Southeasterly side
of Rhode Island Road in Lakeville, Plymouth County, Massachusetts, together with
the buildings thereon, shown as Lot "A" on a plan to be recorded herewith entitled
"Plan of Land, Rhode Island Road, Lakeville, Massachusetts, dated May 16, 1988,
Donald P. MacNeill, Registered Land Surveyor, of E. J. Flynn Engineers, Inc.,
of Midleboro, MA."

The premises herein conveyed are a portion of those conveyed to the grantor by
deed of Gates dated May 24, 1950, recorded with Plymouth Deeds at Book 2093,
Page 427.

Witness my hand and seal this 23d day of February, 1989.

*Benjamin Hawes*

COMMONWEALTH OF MASSACHUSETTS

Plymouth, ss.                                            February 23, 1989

Then personally appeared the above named BENJAMIN HAWES and acknowledged the
foregoing instrument to be his free act and deed, before me.

*Edward P. Kirby*
Notary Public

My commission expires April 11, 1991.

CANCELLED

REC'T FEB 2 7 1989 AT 2-4 8 PM AND RECORDED



GOVERNMENT
EXHIBIT
9

7

BOOK 3506 PAGE 590

We Benjamin Hawes and Barbara L. Hawes

of                    Lakeville, Plymouth,                    County, Massachusetts,

being xxmarried, for consideration paid, grant to Angelo P. Caramanica & Barbara Caramanica

both of Lakeville, Plymouth County, Massachusetts

with quitclaim covenants

the land in Lakeville, Plymouth County, Massachusetts, with the buildings

[Description and encumbrances, if any]

thereon, on the southerly side of Rhode Island Road , bounded and described

as follows: Beginning at the southwest corner of the parcel to be described

said corner is in the southerly side of said road   and   S 82° 13'-40" W

78.29 feet from a County Bound ; thence by other land of the grantors

the following three courses; S 19°-21'-15" E 182.41 feet to a corner; thence

N 59°-14'-55" E 243.23 feet to a corner; thence N 21°- 01'- 45" W 179.92 feet

to a corner in the South line of said road; thence along a circular curve

of a radius of 2313.96 feet 134.71 feet to a County Bound , said bound

being the Point of Curvature of said curve; thence S 82° 13'- 40" W

78.29 feet to the point of beginning.

Being the part of the premises conveyed to us by deed of Leonard and

Ida A. Gates dated May 24, 1950 and recorded with the Plymouth County

Registry of Deeds Book 2094 Page 427.

<div style="float:left">
Grantee's address:
Rhode Island Road
Lakeville, Massachusetts
</div>



COMMONWEALTH OF MASSACHUSETTS
DEEDS & EXCISE
N 81749
$ 100



GOVERNMENT
EXHIBIT
10

(*Individual — Joint Tenants — Tenants in Common — Tenants by the Entirety.)

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 381 OF 1967

Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee. Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless it is in compliance with the requirements of this section.

BOOK 3506 PAGE 591

I, Barbara L Hawes,                    husband of said grantor,
                                        wife

release to said grantee all rights of ~~curtesy,xbyxthxxuntxy~~ and other interests therein.
                                        dower and homestead

Witness......our.....hands and seals this........fourteenth..............day of ....March.........19.69.

............................................            *Benjamin Hawes*

............................................            *Barbara L Hawes*

............................................


The Commonwealth of Massachusetts

Plymouth,          ss.                          March 14,        1969.

Then personally appeared the above named

Benjamin Hawes and Barbara L. Hawes

and acknowledged the foregoing instrument to be their   free act and deed, before me

                    *Muriel V. Howard*
                    Notary Public — ~~JUSTICE OF THE PEACE~~

        My Commission Expires ........March 15.............. 19 69.

**REC'D** MAR 17 1969 AT 9-1 5 AM AND RECORDED

.OUTH,

# COMMONWEALTH OF MASSACHUSETTS

SS.

PROBATE AND FAMILY COURT DEPARTMENT

No. _053-1025_

_____ BARBARA A. CARAMANICA, _____ Plaintiff

vs.                                                  COMPLAINT FOR DIVORCE

ANGELO F. CARAMANICA, _____ Defendant

1. Plaintiff, who resides at _Rhode Island Road, Lakeville, Plymouth County, Massachusetts._
   (city or town)        (county)        (state)
   was lawfully married to the defendant, who now resides at_Rhode Island Road, Lakeville,

   _____ Plymouth County, _____ Massachusetts._
   (county)        (state)

2. The parties were married at_Dighton, Massachusetts,_ on_April 24, 1965_

   and last lived together at _Rhode Island Road_ on (Still Living Together)
   Lakeville, Massachusetts

3. The minor child _ren_ of this marriage, and date(s) of birth - is- are:

   SCOTT ALLEN CARAMANICA    -  born SEPTEMBER 22, 1963   (Student)
   SHERI LYNN CARAMANICA     -  born FEBRUARY 28, 1969
   TRACY LEE CARAMANICA      -  born JANUARY 14, 1970

4. Plaintiff certifies that no previous action for divorce, annulling or affirming the marriage, separate support,
   desertion, living apart for justifiable cause or custody of child _ren_ has been brought by either party a-
   gainst the other except _NONE_

5. On or about_ May 1st _, 19 82, the defendant at _Rhode Island Road,_
   Lakeville, Plymouth County, Massachusetts, was guilty of cruel and abusive
   treatment towards the Plaintiff as well as on other divers dates and times.

6. Wherefore, plaintiff demands that the Court:

   ☒ waive the 30 day requirement for filing this complaint
   ☒ grant a divorce for _Cruel and Abusive Treatment_
   ☒ prohibit defendant from imposing any restraint on plaintiff's personal liberty
   ☒ grant _her_ custody of the above-named child _ren._
   ☒ order a suitable amount for support of the plaintiff and said minor child _ren._
   ☐ order conveyance of real estate located at_____

   _____standing in the name of_____

   _____as recorded with_____

   Registry of Deeds, Bk._____Pg._____
   ☐ allow plaintiff to resume her former name of_____

GOVERNMENT
EXHIBIT
11

FILED

Dated: _July 23, 1982_

Signature of Attorney_Nancy M. Silvia_
Plaintiff's Signature or Pro Se
Print name & address_NANCY McGUIRK SILVIA, ESQ.
FAIRBANKS & SILVIA
9 CAPE RD., TAUNTON, MASS. 02780

CJ 101 (11/76)

15

**MR**

# COMMONWEALTH OF MASSACHUSETTS
## THE TRIAL COURT
### THE PROBATE AND FAMILY COURT DEPARTMENT

Plymouth ___ Division                                    Docket No. D82-1025

### JUDGMENT OF DIVORCE NISI

Barbara A. Caramanica _____ Plaintiff

of __Lakeville, in the County of Plymouth__

v.

Angelo F. Caramanica _____ Defendant

of __Lakeville, in the County of Plymouth__

All persons interested having been notified in accordance with law and after hearing it is adjudged nisi that a divorce from the bond of matrimony be granted the said plaintiff for the cause of _____

_____ Irretrievable breakdown of the marriage under 1B _____

                                            ninety days
as provided by Chapter 208, §§ 1-2 and that upon and after the expiration of six months from the entry of this judgment it shall become and be absolute unless, upon the application of any person within such period, the Court shall otherwise order, and it is further ordered that the plaintiff have the care and custody of Sheri Lynn and Tracy Lee Caramanica, minor children of the parties, the defendant to have the right to visit said minor children at all reasonable times, reasonable notice of his intention to visit to be given to the plaintiff in advance, said defendant to pay to the plaintiff the sum of one hundred (100) dollars each and every Friday, beginning June 7, 1985, for support of the minor children, said payments to be made through the Family Service Office of the Probate Court, and in addition thereto, said defendant to pay one half ($\frac{1}{2}$) of all reasonable medical, dental, hospital, orthodontia, pharmaceutical, and optical expenses for the minor children not covered by insurance; the plainitff to pay the remaining one half ($\frac{1}{2}$). It is adjudged that, as of May 31, 1985, the defendant is in arrears in Court ordered support payments in the amount of seven thousand one hundred ninety (7,190) dollars which the Court orders to be paid forthwith. The defendant shall pay all real estate taxes on the marital home including taxes due as of this date, said defendant shall pay one half ($\frac{1}{2}$) of all reasonably necessary major repairs to the marital property in excess of two hundred fifty (250) dollars. The plaintiff shall have the right to reside in and to remain in the marital home at Rhode Island Road, Lakeville, Massachusetts until such time as she permanently moves to another residence or remarries, whichever occurs first, at which time the marital home shall be sold and the net proceeds will be divided equally between the parties. In the event the plaintiff incurs any expenses in connection with the marital property, which is the defendant's resposibility hereunder, that expense shall be credited to the plaintiff prior to determining the net proceeds due upon the sale of the marital home as aforesaid.

July 19, 1985 nunc pro tunc as of
June 4, 1985
_____
Date

Justice of the Probate and Family Court

CJ-D 403 (5/80)

GOVERNMENT
EXHIBIT
12

16