UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        V.                              CIVIL ACTION NO. 05-10865-RGS

JEAN A. BURCH, Individually and as Administratrix
of the Estate of Angelo Caramanica,
BARBARA A. CARAMANICA,
RONALD F. CARAMANICA,
SCOTT A. CARAMANICA,
SHERI L. CARAMANICA,
TRACY L. CARAMANICA,
BENJAMIN HAWES and JOAN M. BRIER

# J U D G M E N T

**STEARNS, DJ.**                                                                            JUNE 26, 2006

IN ACCORDANCE WITH THIS COURT'S ALLOWANCE OF THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT,

IT IS HEREBY ORDERED: JUDGMENT IS ENTERED IN FAVOR OF THE UNITED STATES OF AMERICA THAT ITS FEDERAL TAX LIENS AGAINST ANGELO CARAMANICA ATTACH TO THE REAL PROPERTY LOCATED AT 194 RHODE ISLAND ROAD AND 196 RHODE ISLAND ROAD, LAKEVILLE, MA.

SO ORDERED.

                                                                                   RICHARD G. STEARNS
                                                                                   UNITED STATES DISTRICT JUDGE

        BY:

                                                                                   /s/ Mary H. Johnson
                                                                                      **Deputy Clerk**